# COMPLAINT FORM

(for filers who are prisoners without lawyers)

**FILED**
02/07/2022
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE __SOUTHERN__ DISTRICT OF __INDIANA__

(Full name of plaintiff(s))

DWIGHT SARGENT JR.

vs

(Full name of defendant(s))

SHERIFF JOHN PLASSE
(NAMES UNKNOWN)
TERRE HAUTE DRUG TASK FORCE
(NAME UNKNOWN)
FEMALE E.M.T WORKER

Case Number:

2:22-cv-00047-JMS-DLP

(to be supplied by clerk of court)

A. PARTIES

1. Plaintiff is a citizen of __TERRE HAUTE, INDIANA__, and is located at
(State)

__VIGO COUNTY JAIL 201 S. CHERRY ST TERRE HAUTE, IN__
(Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper).

2. Defendant __SHERIFF JOHN PLASSE__
(Name)

Complaint - 1

A. PARTIES

*2. DEFENDANT: (NAMES UNKNOWN) TERRE HAUTE DRUG TASK FORCE IS A CITIZEN OF TERRE HAUTE INDIANA AND RESIDES AT ADDRESS UNKNOWN AND WORKED FOR TERRE HAUTE POLICE DEPARTMENT VIGO COUNTY INDIANA (ADDRESS UNKNOWN)

*2. DEFENDANT: FEMALE E.M.T WORKER IS A CITIZEN OF TERRE HAUTE INDIANA AND RESIDES AT ADDRESS UNKNOWN AND WORKED FOR E.M.T AMBULANCE TRANSPORT VIGO COUNTY INDIANA (ADDRESS UNKNOWN)

is (if a person or private corporation) a citizen of ___TERRE HAUTE INDIANA___
(State, if known)

and (if a person) resides at ___ADDRESS UNKNOWN___
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for ___SHERIFF OF VIGO COUNTY (ADDRESS UNKNOWN)___
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.  STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

PLAINTIFF DWIGHT SARGENT JR, EXPLAINING THE FOLLOWING EVENTS THAT OCCURED IN TERRE HAUTE INDIANA SOUTH 3RD STREET AND HULMAN INTERSECTION. ON APRIL 28TH 2021 ON OR ABOUT 4PM A (BUICK) VEHICLE THAT DWIGHT SARGENT JR WAS A BACKSEAT PASSENGER IN WAS PULLED OVER BY A TERRE HAUTE POLICE OFFICER (NAME UNKNOWN) AS A RESULT OF A ROUTINE TRAFFIC STOP. OCCUPANTS: DAVID RUTHERFORD (DRIVER), OLANARIA FRYE (FRONT SEAT PASSENGER), ABBEY SMITH (BACKSEAT PASSENGER) DAMIYA WHITE AND DWIGHT SARGENT JR ALSO (BACKSEAT PASSENGERS) DWIGHT SARGENT JR WAS ASKED TO EXIT THE VEHICLE FOR TERRE HAUTE POLICE OFFICER TO SEARCH DWIGHT SARGENT JRS PERSONS NOTHING WAS FOUND AT THIS POINT. SO DWIGHT SARGENT JR WAS ORDERED TO GET BACK INTO THE BACKSEAT OF THE SAID VEHICLE. MOMENTS LATER TERRE HAUTE POLICE OFFICER (NAME UNKNOWN) REAPPROACHED THE SAID VEHICLE ARRESTED DAVID RUTHERFORD (DRIVER) FOR AN OUTSTANDING WARRANT THEN SAID TO THE REST OF THE VEHICLE'S OCCUPANTS THAT HE (TERRE HAUTE POLICE OFFICER) WAS GOING TO SEARCH VEHICLE FOR WEAPONS THEN LET US (VEHICLE OCCUPANTS) GO ON OUR WAY. BUT PRIOR TO THE SEARCH OF SAID VEHICLE ABBEY SMITH

Complaint - 2

(VEHICLE OWNER) WASN'T ASKED FOR CONSENT TO SEARCH THE SAID VEHICLE. HOWEVER, DWIGHT SARGENT JR WAS DETAINED FOR AT LEAST A PERIOD OF OVER 1 HOUR BUT WASN'T UNDER ARREST, WASN'T IN HANDCUFFS, AND WASN'T ABLE TO LEAVE THE SCENE. (1) HYPERDERMIC NEEDLE WAS FOUND SOMEWHERE IN THE VEHICLE DURING THE SEARCH BUT NOWHERE NEAR/BY WHERE DWIGHT SARGENT JR WAS SITTING. DWIGHT SARGENT JR WAS SEARCHED ABOUT 3 TIMES AT THIS POINT (NOTHING WAS FOUND ON DWIGHT SARGENT JR'S PERSON) SO DWIGHT SARGENT JR SAT DOWN OFF TO THE SIDE ON THE GRASS AND WATCHED AS THE VEHICLE CONTINUED TO BE SEARCHED ABOUT 30 MORE MINUTES LATER ADDED TO THE 1 HOUR DWIGHT SARGENT JR WAS DETAINED. AS A RESULT OF SAID SEARCHES DWIGHT SARGENT JR WAS SEARCHED AGAIN FOR THE FOURTH TIME WHILE SITTING ON THE GRASS. THIS TIME DWIGHT SARGENT JR'S SOCKS WERE PULLED OFF HIS FEET AND (1) CIGARETTE OF MARIJUANA WAS FOUND THEN A SHERIFF (NAME UNKNOWN) AND A TERRE HAUTE DRUG TASK FORCE OFFICER (NAME UNKNOWN) LIFTED DWIGHT SARGENT JR UP OFF THE GROUND BY HIS ARMPITS. THEN HANDCUFFED DWIGHT SARGENT JR AND CONTINUED TO SEARCH DWIGHT SARGENT JR BUT THIS TIME A DRUG TASK FORCE OFFICER (NAME UNKNOWN) ACCOMPANIED BY A SHERIFF (NAME UNKNOWN) DUG HIS FINGERTIPS DEEP BETWEEN DWIGHT SARGENT JR'S BUTTOCKS DWIGHT SARGENT JR JERKED AWAY AND SAID "WHAT THE **** ARE YOU DOING?!! YOU CAN'T DO THAT TO ME!! YOU JUST VIOLATED ME IN THE WORSEST WAY!! THE SHERIFFS AND THE DRUG TASK FORCE OFFICERS CALLED AN AMBULANCE TO THE SCENE. WHILE DWIGHT SARGENT JR WAS IN HANDCUFFS DWIGHT SARGENT JR WAS THROWN INTO THE BACK OF THE AMBULANCE PINNED FACEDOWN ON HIS STOMACH HELD DOWN BY FEMALE E.M.T WORKER (NAME UNKNOWN), SHERIFFS AND DRUG TASK FORCE OFFICERS DWIGHT SARGENT JR'S PANTS WAS VIOLENTLY SNATCHED DOWN TO HIS ANKLES WHILE THE E.M.T WORKER, SHERIFFS AND DRUG TASK FORCE OFFICERS DUG THEIR GLOVED HANDS DEEP BETWEEN DWIGHT SARGENT JR'S BUTTOCKS TO RETRIEVE DRUGS VIOLATING DWIGHT SARGENT JR'S FOURTH AMENDMENT RIGHTS TO SUCH

(CONTINUED ON SEPARATE SHEET)

SEARCHES AND INJURING DWIGHT ~~DWIGHT~~ SARGENT JR PHYSICALLY EMOTIONALLY AND MENTALLY AS A RESULT OF ALL OF THIS (PLEASE NOTE: TO VIEW POLICE\SHERIFF CAM VIDEOS.. EVERYTHING THAT IS MENTIONED IN THIS CLAIM OCCURED ALL OF THE FOLLOWING EVIDENCE IS AVAILABLE ON VIDEO VIA SHERIFF/POLICE CAM VIDEOS FURTHERMORE DWIGHT SARGENT JR SEEKS DAMAGES FROM DEFENDANTS FOR VIOLATION OF THE FOURTH AMENDMENT. AND PERSONAL INJURIES.. AND SEEKS COMPENSATION FOR HIS INJURIES