UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| DWIGHT SARGENT, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 2:22-cv-00047-JMS-MKK |
| ) | |
| JOHN PLASSE, ) | |
| BRIAN BOURBEAU, ) | |
| CHARLES BURRESS, ) | |
| LARRY HOPPER, ) | |
| MARTIN L. DOOLEY, ) | |
| TRANSCARE PARAMEDIC, ) | |
| ) | |
| Defendants. ) | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

On June 13, 2023, Magistrate Judge M. Kendra Klump entered a Report and Recommendation, recommending that the Court dismiss this case filed by *pro se* Plaintiff Dwight Sargent, Jr. because he failed to appear for a telephonic status conference on April 13, 2023, an in-person show cause hearing set for April 28, 2023, another in-person show cause hearing set for May 22, 2023, and a third in-person show cause hearing set for June 12, 2023. [Filing No. 81.]

The parties have had the opportunity to object but have not done so. *See* Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1). The Court has considered and now **ADOPTS** the Report and Recommendation. [81.] Accordingly, the Plaintiff's Third Amended Complaint is **DISMISSED WITHOUT PREJUDICE**. Final judgment shall enter accordingly.

Date: 6/30/2023

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email

DWIGHT SARGENT, JR.
PO Box 39597
Indianapolis, IN 46239