UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| DWIGHT SARGENT, JR., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JOHN PLASSE, )<br>BRIAN BOURBEAU, )<br>CHARLES BURRESS, )<br>LARRY HOPPER, )<br>MARTIN L. DOOLEY, )<br>TRANSCARE PARAMEDIC, )<br>)<br>Defendants. ) | No. 2:22-cv-00047-JMS-MKK |

**FINAL JUDGMENT PURSUANT TO FED. R. CIV. P. 58**

For the reasons set forth in the Court's Order entered this day, the Court now enters **FINAL JUDGMENT** against Plaintiff and in favor of Defendants. Plaintiff shall take nothing by way of his Third Amended Complaint, and this case is **DISMISSED WITHOUT PREJUDICE**.

Date: 6/30/2023

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _____

Deputy Clerk, U.S. District Court

Distribution:

All ECF-registered counsel of record via email

DWIGHT SARGENT, JR.
PO Box 39597
Indianapolis, IN 46239